UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DANIEL HORACEK,

    Plaintiff,                                    Case No. 1:20-cv-11682

v.                                                            Honorable Thomas L. Ludington
                                                                      United States District Judge
DR. CARTER et al.,

                                                                      Honorable Anthony P. Patti
    Defendants.                                    United States Magistrate Judge

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
TO DENY DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

On May 19, 2020, Plaintiff filed a *pro se* complaint alleging deliberate indifference to his medical needs in violation of the Eighth Amendment against the medical and corrections staff at three different Michigan Department of Corrections facilities, ECF No. 1, which was referred to Magistrate Judge Anthony P. Patti, ECF No. 16. On June 29, 2021, Defendants filed a motion for partial summary judgment, ECF No. 29, which was fully briefed, ECF No. 55; 58; 61.

On March 10, 2022, Judge Patti issued a Report recommending that this Court deny Defendants' Motion for Summary Judgment. ECF No. 62. Although Judge Patti gave the parties 14 days to object under Federal Rule of Civil Procedure 72(b)(2), they did not file any objections. The parties have therefore waived their right to appeal Judge Patti's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 62, is **ADOPTED**, and Defendants' Motion for Partial Summary Judgment, ECF No. 29, is **DENIED**.

Dated: March 28, 2022                                    s/Thomas L. Ludington
                                                                   THOMAS L. LUDINGTON
                                                                   United States District Judge